USDC SCAN INDEX SHEET

RFM 7/17/06 9:39

3:06-M -01333 USA V. MULGADO-LUGO

*1*

*CRCMP.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA 2006 JUL 13 PM 12:00

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>**1) MULGADO-Lugo, Wendy Janet**<br>**2) SANCHEZ, Jessica**<br>Defendant(s) | Magistrate Case No. '06 MG 1333<br>COMPLAINT FOR VIOLATION OF<br>Title 8, U.S.C., Sec. 1324(a)(2)(B)(iii) - Bringing in Alien(s) Without Presentation (Felony) |

The undersigned complainant, being duly sworn, states:

That on or about **July 11, 2006**, at the Port of Entry at **San Ysidro, California**, within the Southern District of California, defendant(s), **1) Wendy Janet MULGADO-Lugo and 2) Jessica SANCHEZ** with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that alien(s), namely, **Arnold RODRIGUEZ-Gomez** had not received prior official authorization to come to, enter and reside in the United States, did bring to the United States said alien(s), and upon arrival did not bring and present said alien(s) immediately to an appropriate immigration officer at a designated port of entry; in violation of, Title 8, United States Code, Section 1324(a)(2)(B)(iii).

And the complainant further states that this complaint is based on the attached statement of facts which is incorporated herein by reference.

Customs and Border Protection Officer

Sworn to before me and subscribed in my presence, this 13th day of **July 2006.**

United States Magistrate Judge

## PROBABLE CAUSE STATEMENT

The complainant states that **Arnold RODGRIGUEZ-Gomez** is a citizen of a country other than the United States; that said alien has admitted he is deportable; that his testimony is material, that it is impracticable to secure his attendance at the trial thereof by subpoena; and that he is a material witness in relation to this criminal charge and should be held or admitted to bail as prescribed in Title 18, United States Code, Section 3144.

The complainant further states that on **July 11, 2006** at approximately 8:54 PM, **Wendy Janet MULGADO-Lugo defendant 1 and Jessica SANCHEZ defendant 2,** made application for admission to the United States through the San Ysidro, California Port of Entry. Defendant 1 was driving a 1977 white Chevrolet truck bearing a California license plate, while defendant 2 was a visible passenger. The vehicle approached a U.S. Customs & Border Protection (CBP) Officer who was conducting vehicle primary inspections. The primary officer questioned the defendants if they were bringing anything back from Mexico and how long had they been in Mexico. Defendants stated that they had nothing to declare from Mexico and that they had been in Mexico for approximately 2 hours. The primary officer questioned defendant 1 as to who was the owner of the vehicle and she stated that the vehicle belonged to a friend. During the inspection, the primary officer observed that the defendants appeared to be sitting unusually higher than normal. The primary officer inspected the vehicle and lifted a piece of fabric to look underneath the seat that both defendants were sitting on and discovered a person's foot. Defendants and vehicle were escorted to secondary.

CBP Officer's gained access to the specially constructed bench seat in secondary where one male person was found concealed. The male was extracted from the compartment and is now identified as Arnold RODRIGUEZ-Gomez (material witness) who is a citizen of Mexico with no entitlements to enter the United States.

A CBP Enforcement Officer advised defendant 1 of her Miranda rights and she elected to give a statement without the benefit of Counsel. Defendant 1 stated that she had knowledge that there was a person concealed underneath the seat. Defendant 1 stated that she was going to take Interstate 805, take the first exit and go to an ARCO gas station where a guy was to meet her and where she believed she would receive payment for smuggling. Payment was to be $900.00 to be split between defendant 1 and 2.

**Continuation of Probable Cause Statement:**
**Re: MULGADO-Lugo, Wendy Janet et. al.**

A CBP Enforcement Officer advised defendant 2 of her Miranda rights and she elected to give a statement without the benefit of Counsel. Defendant 2 stated that she had knowledge there was a person concealed in the vehicle. Defendant 2 stated that she thought she was to be paid $200 dollars. Defendant 2 stated she believed they were to take the first exit and proceed to an ARCO gas station.

A CBP Enforcement Officer interviewed the material witness identified above and the following statement was obtained: Material witness stated he was a citizen of Mexico with no entitlements to enter the United States. Material witness stated that he made the smuggling arrangements and that a smuggling fee of $3000 dollars was to be paid of which $1500 dollars had already been paid. Material witness could not implicate the defendants as to knowledge or gain.